ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                        :      INDICTMENT

ANGEL CHICAS-REYES,               :
    a/k/a "Angel Chicas,"         :      07 Cr. 1172

                  Defendant.         :

- - - - - - - - - - - - - - - - x

COUNT ONE

    The Grand Jury charges:

    In or about January 2007, in the Southern District of New York and elsewhere, ANGEL CHICAS-REYES, a/k/a "Angel Chicas," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about June 21, 1991, in Queens County Supreme Court, New York, for attempted murder in the second degree, in violation of New York Penal Law 110/125.25, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) and (b)(2).)


_____                _____
FOREPERSON                               MICHAEL J. GARCIA
                                          United States Attorney