UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

UNITED STATES OF AMERICA       :

     - V -               :

ANGEL CHICAS,            :

            Defendant.    :

-------------------------------------------------x

AFFIRMATION FOR WRIT OF
HABEAS CORPUS AD
PROSEQUENDUM

**07 Cr. 1172**

STATE OF NEW YORK       )
COUNTY OF WESTCHESTER    :   ss.:
SOUTHERN DISTRICT OF NEW YORK  )

NOLA B. HELLER, being duly sworn, deposes and says that she is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York, that one ANGEL CHICAS, (DOB: 1/27/58) is now incarcerated at the Washington Correctional Facility, Comstock, New York.

WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Washington Correctional Facility, Comstock, New York to release the defendant into the custody of the United States Marshals for the Southern District of New York on Thursday, January 10, 2008 at 9:00 in the forenoon for an Arraignment on an Indictment before any United States Magistrate Judge, and to return him to Washington Correctional Facility only when the writ has been satisfied.

I declare under penalty of perjury that the foregoing is true and correct.

_NOLA B. HELLER_
NOLA B. HELLER
Assistant United States Attorney

December 19, 2007

DEC 2 1 2007
S.D. OF N.Y.