UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

ANGEL CHICAS-REYES,

       Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**07 Cr. 1172**

TO:    Clerk of Court
           United States District Court
           Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       Respectfully submitted,

       MICHAEL J. GARCIA
       United States Attorney for the
       Southern District of New York

By:   /s/ Anna M. Skotko
       Anna M. Skotko
       Assistant United States Attorney
       (914) 993-1936
       Anna.Skotko@usdoj.gov