

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 28, 2008



RECEIVED
MAR 28 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    **United States v. Angel Chicas-Reyes, 07 Cr. 1172 (SCR)**

Dear Judge Robinson:

      As discussed with Your Honor's Deputy, the conference scheduled before Your Honor on March 28, 2008 was adjourned to April 25, 2008 at 12:00 p.m. at the request of counsel for the defendant.

      The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between March 28, 2008 and April 25, 2008. This will permit the Government and the defense to have discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten: Time from 3/28/08 – 4/25/08 is excluded in the interests of justice for the reasons set forth above]*

      Respectfully Submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
      Anna M. Skotko
      Assistant United States Attorney
      (914) 993-1939

cc:    Dominic Porco, Esq. (By Fax)

APPLICATION GRANTED
_____
HON. STEPHEN C. ROBINSON
3/28/08