UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                      ORDER ACCEPTING PLEA ALLOCUTION

                              07 Cr. 1172 (SCR)

v.

Angel Chicas-Reyes,

---

ROBINSON, J.

    The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated April 17, 2008, is approved and accepted.

    The Clerk of the court is directed to enter the plea.

Date: July 22, 2008

                                                             SO ORDERED:

                                                             STEPHEN C. ROBINSON
                                                             UNITED STATES DISTRICT JUDGE