UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

07 Cr. 1172 (SCR)

v.

Angel Chicas-Reyes,

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated April 17, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: July 24, 2008

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE